Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. # 318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DISALLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO LENSI, an individual; TRANS-AMERICAN FILMS INTERNATIONAL CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. CV 22-2152-DMG (PVCx)<br><br>**PLAINTIFF'S ANSWER TO COUNTERCLAIMS**<br><br>Judge: Hon. Dolly M. Gee |

Plaintiff Mark DiSalle ("Plaintiff") hereby answers the Counterclaims of Defendants Alberto Lensi and Trans-American Films International Corporation ("Defendants"), as follows:

## COUNTERCLAIMS

1. Paragraph 1 is an introductory statement to which no answer is required.

## PARTIES

2. Based on information and belief, Plaintiff admits the allegations of Paragraph 2, though Plaintiff notes his intention to take discovery to confirm these allegations.

3. Plaintiff admits that he is an individual who resides in the State of Washington.

## JURISDICTION AND VENUE

4. Paragraph 4 contains legal argument and/or conclusions of law to which no answer is required.

5. Paragraph 5 contains legal argument and/or conclusions of law to which no answer is required.

## FIRST COUNTERCLAIM
### (Declaratory Relief)

6. Plaintiff incorporates by reference the answers to Paragraph 1 though 5, as though fully set forth herein.

7. Paragraph 7 contains legal argument and/or conclusions of law to which no answer is required.

8. Plaintiff admits that this controversy concerns the 1988 feature motion picture *Bloodsport* based upon Plaintiff's original screenplay entitled *Bloodsport* (the "Property") and the derivative and trademark rights associated with the Property. Plaintiff denies all of the remaining allegations of Paragraph 8 and/or avers that they contain legal argument and/or conclusions of law to which

no answer is required.

9. Paragraph 9 contains legal argument and/or conclusions of law to which no answer is required. To the extent an answer is required, Plaintiff denies the allegations of Paragraph 9.

10. Paragraph 10 contains legal argument and/or conclusions of law to which no answer is required. To the extent an answer is required, Plaintiff denies the allegations of Paragraph 10.

## SECOND COUNTERCLAIM

**(Intentional Interference with Contract)**

11. Plaintiff incorporates by reference the answers to Paragraph 1 though 10, as though fully set forth herein.

12. Paragraph 12 contains legal argument and/or conclusions of law to which no answer is required. To the extent an answer is required, Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 and/or denies such allegations.

13. Paragraph 13 contains legal argument and/or conclusions of law to which no answer is required. To the extent an answer is required, Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 and/or denies such allegations.

14. Paragraph 14 contains legal argument and/or conclusions of law to which no answer is required. To the extent an answer is required, Plaintiff denies the allegations of Paragraph 14.

15. Paragraph 15 contains legal argument and/or conclusions of law to which no answer is required. To the extent an answer is required, Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and/or denies such allegations.

16. Paragraph 16 contains legal argument and/or conclusions of law to which no answer is required. To the extent an answer is required, Plaintiff lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and/or denies such allegations.

17. Paragraph 17 contains legal argument and/or conclusions of law to which no answer is required. To the extent an answer is required, Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and/or denies such allegations.

## THIRD COUNTERCLAIM

### (Negligent Interference with Economic Relations)

18. Plaintiff incorporates by reference the answers to Paragraph 1 though 17, as though fully set forth herein.

19. Paragraph 19 contains legal argument and/or conclusions of law to which no answer is required. To the extent an answer is required, Plaintiff denies the allegations of Paragraph 19.

20. Paragraph 20 contains legal argument and/or conclusions of law to which no answer is required. To the extent an answer is required, Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and/or denies such allegations.

21. Paragraph 21 contains legal argument and/or conclusions of law to which no answer is required. To the extent an answer is required, Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and/or denies such allegations.

22. Paragraph 22 contains legal argument and/or conclusions of law to which no answer is required. To the extent an answer is required, Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and/or denies such allegations.

## AFFIRMATIVE DEFENSES

Without assuming any burden he would not otherwise bear, and without waiving and hereby expressly reserving the right to assert any and all such

defenses at such time and to such extent as discovery and factual development establish a basis therefor, Plaintiff asserts the following additional and/or affirmative defenses as to Defendants' Counterclaims:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

Each of Defendants' purported Counterclaims is barred, in whole or in part, for failure to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

Each of Defendants' purported Counterclaims is barred, in whole or in part, for failure to bring such claims within the governing statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**

**(Laches)**

Each of Defendants' purported Counterclaims is barred, in whole or in part, by the doctrine of laches.

**FOURTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

Each of Defendants' purported Counterclaims is barred, in whole or in part, by the equitable doctrine of unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

**(Unjust Enrichment)**

Each of Defendants' purported Counterclaims is barred, in whole or in part, by the equitable doctrine of unjust enrichment.

**SIXTH AFFIRMATIVE DEFENSE**

**(Waiver)**

Each of Defendants' purported Counterclaims is barred, in whole or in part, by the doctrine of waiver.

## SEVENTH AFFIRMATIVE DEFENSE
## (Acquiescence)

Each of Defendants' purported Counterclaims is barred, in whole or in part, by the doctrine of acquiescence.

## EIGHTH AFFIRMATIVE DEFENSE
## (Equitable Estoppel)

Each of Defendants' purported Counterclaims is barred, in whole or in part, by the doctrine of equitable estoppel.

## NINETH AFFIRMATIVE DEFENSE
## (Public Policy)

Each of Defendants' purported Counterclaims is barred, in whole or in part, because any alleged contract and/or trademark in the Counterclaims is contrary to public policy and is unenforceable, and any relief requested in the Counterclaims which is contrary to public policy should not be granted.

## TENTH AFFIRMATIVE DEFENSE
## (Failure to Mitigate)

If Defendants suffered any damages, it would be because Defendants did not timely take reasonable steps to mitigate their alleged damages.

_____

The Counterclaim fails to state the claims for relief with sufficient particularity to permit Plaintiff to discern and raise all appropriate defenses. Plaintiff may have additional affirmative defenses available to him, which are not now fully known or of which Plaintiff is not fully aware. Plaintiff accordingly reserves the right to amend or supplement this answer with additional affirmative defenses after the same have been ascertained.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. That Defendants take nothing by their Counterclaims, and the

Counterclaims be dismissed with prejudice;

2. That Defendants be denied each and every demand and prayer for relief contained in their Counterclaims;

3. That judgment be entered in favor of Plaintiff and against Defendants on their Counterclaims;

4. That Plaintiff be awarded reasonable attorneys' fees and costs; and

5. That Plaintiff be awarded such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Date: May 30, 2022          By: _____/s/ Marc Toberoff_____
                                     Marc Toberoff

TOBEROFF & ASSOCIATES, P.C.
*mtoberoff@toberoffandassociates.com*
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiff*