Name, Address and Telephone Number of Attorney(s):

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

Plaintiff(s)

v.

Defendant(s).

**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

**CHECK ONLY ONE BOX:**

☐ The parties stipulate that _____ may serve as the Panel Mediator in the above-captioned case. _____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: _____   _____
Attorney For Plaintiff

Dated: _____   _____
Attorney For Plaintiff

Dated: _____   _____
Attorney For Defendant

Dated: _____   _____
Attorney For Defendant

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)                    **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**