**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK DISALLE, an individual,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ALBERTO LENSI, an individual; TRANS-AMERICAN FILMS INTERNATIONAL CORPORATION, a Delaware corporation; and DOES 1 through 10,<br><br>　　　　Defendants. | Case Number: 2:22-CV-02152-SSS-PVCx<br><br>Assigned for all purposes to the Honorable Sunshine S. Sykes<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS' SECOND COUNTER CLAIM FOR INTENTIONAL INTERFERENCE WITH CONTRACT AND THIRD COUNTER CLAIM FOR NEGLIGENT INTERFERENCE WITH ECONOMIC RELATIONS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;

PLEASE TAKE NOTICE THAT Defendants, by and through counsel, respectfully requested that this Court issue an Order dismissing Defendants' Second Counter-Claim for Intentional Interference with Contract and Third Counter-Claim for Negligent Interference with Economic Relations without prejudice. Having considered the request, the Court hereby issues the following orders:

1. Defendants' Second Counter-Claim for Intentional Interference with Contract is hereby dismissed, without prejudice, as to Plaintiff; and
2. Defendants' Third Counter-Claim for Negligent Interference with Economic Relations is hereby dismissed, without prejudice, as to Plaintiff.

IT IS SO ORDERED.

Dated: October 27, 2022

_____
Honorable Sunshine S. Sykes
U.S. District Judge