Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. # 318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiff Mark DiSalle*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DISALLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO LENSI, an individual; TRANS-AMERICAN FILMS INTERNATIONAL CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 22-cv-02152-SSS-PVCx<br><br>Hon. Sunshine S. Sykes<br><br>**DECLARATION OF MARC TOBEROFF IN SUPPORT OF THE PARTIES' JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE PRETRIAL AND TRIAL DATES**<br><br>District Judge: Hon. Dolly M. Gee<br>Magistrate Judge: Hon. Karen E. Scott<br><br>*Joint Stipulation and [Proposed] Order Granting Continuance and [Proposed] Schedule of Pretrial Trial and Trial Dates filed concurrently herewith* |

I, Marc Toberoff, declare as follows:

1. I am a member of the bar of the State of California and a principal of the law firm Toberoff & Associates, P.C., counsel of record for plaintiff Mark DiSalle. I submit this Declaration in support of Plaintiff's Request to Continue Pretrial and Trial Dates. Except where otherwise stated, I have personal knowledge of the facts set forth herein and if called as a witness could and would so testify. I submit this declaration in support of the parties' Joint Stipulation Regarding Modification of Trial and Pretrial Dates and the Proposed Order filed concurrently herein.

2. My law firm Toberoff & Associates is quite small and consists of two attorneys, myself and one associate who is working remotely, only part-time, and currently, not on this case. Notwithstanding this, I am litigating, in addition to this case, two major copyright cases, one in the Central District of California, and one in the Southern District of New York.[1] In both of these cases, the parties jointly stipulated to and promptly received multiple extensions of pending trial and pre-trial dates due to my medical situation.

3. In late November, 2022, I was diagnosed at UCLA Medical Center with a medical condition that would require multiple surgeries. Over the past five months this has consumed me, my family, and much of my time, including without limitation undergoing follow-up tests and examinations, meeting and communicating with various UCLA medical specialists, meeting and follow-up communications with a doctor in New York City regarding alternative treatment, and meeting and follow-up with three doctors at Massachusetts General Hospital in Boston to obtain a second opinion.

4. As a result of the above, I have recently underwent two surgeries in May, 2023. These surgeries required advance preparations and necessitated post-

---

[1] *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Yonay v. Paramount Pictures Corp.*, No. 2:22-cv-3846-PA-GJS (C.D. Cal.).

surgery recuperation period over the next two months. Unfortunately, these surgeries also resulted in post-operative complications, further exacerbating the interference with my work. For privacy reasons, I have refrained from providing more explicit details.

5. All of the above has significantly impacted my ability to prosecute and defend this case and will continue to do so over the next three months.

6. I have also been informed by opposing counsel Michael Kearns, who joins in the Joint Stipulation filed herewith, that his client Defendant-Counterclaimant Alberto Lensi is currently in Italy and will not return to the United States until mid-October, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on this 11th day of June 2023, at Malibu, California.

                                              */s/ Marc Toberoff*
                                                Marc Toberoff