Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiff Mark DiSalle*

S. Michael Kernan (S.B. # 181747)
*mkernan@kernanlaw.net*
The Kernan Law Firm
9663 Santa Monica Blvd., 450
Beverly Hills, California 90210
Tel:  (323) 802-1741
Fax:  (310) 861-0503

*Attorneys for Alberto Lensi and*
*Trans-American Films International Corporation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK DISALLE, an individual,<br><br>                       Plaintiff,<br><br>        v.<br><br>ALBERTO LENSI, an individual; TRANS-AMERICAN FILMS INTERNATIONAL CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>                       Defendants. | Case No. 22-cv-02152-SSS-PVCx<br><br>**[PROPOSED] ORDER TO CONTINUE SCHEDULE OF PRETRIAL AND TRIAL DATES** |

1

1    On September 14, 2022, the court issued its civil trial order setting pretrial and
2 trial dates. Dkt. No. 46.
3    On June 12, 2023, the parties filed a Joint Stipulation to extend all pending pre-
4 trial and trial dates, except expert discovery deadlines, based on the exigent medical
5 circumstances confronting Plaintiff's counsel and additional reasons.
6    The Court, having considered the parties' Joint Stipulation and finding that
7 good cause exists for the extensions stipulated to and requested therein, hereby orders
8 the Amended Schedule of Pretrial and trial Dates filed with this Order.
9    All deadlines established by the prior Civil Trial Order [Dkt. No. 46] are hereby
10 **VACATED.**

12   **IT IS SO ORDERED.**

14 Dated: June __, 2023

_____
SUNSHINE S. SYKES
United States District Judge

# DISTRICT JUDGE SUNSHINE SYKES
# AMENDED SCHEDULE OF PRETRIAL AND TRIAL DATES

| Case No.: 2:22-cv-02152-SSS-PVC | Case Name: | *Mark DiSalle v. Alberto Lensi et al.* | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** <br> **Note: Trial shall begin on Mondays at 9:00 a.m. Final Pretrial Conference shall be on Fridays at 1:00 p.m.** | | **Original Date** | **Time Computation**[1] | **Amended Date** |
| Trial | | 12/04/2023 <br> ☒ Jury Trial <br> ☐ Bench Trial <br> Estimated Duration: 4 Days | **Monday at 9:00 a.m.** | 03/18/2024 <br> ☒ Jury Trial <br> ☐ Bench Trial <br> Estimated Duration: 4 Days |
| Final Pretrial Conference ("FPTC") [L.R. 16] | | 11/17/2023 | **Friday at 1:00pm at least 17 days before trial** | 03/01/2024 |
| **Event** <br> **Note: All deadlines shall be on Fridays. Hearings shall be on Fridays at 2:00 p.m.** | | **Original Date** | **Time Computation** | **Amended Date** |
| Last Date to <u>Hear</u> Motion to Amend Pleadings or Add Parties | | 10/28/2022 | **6 weeks after Scheduling Conference** | (unchanged) |
| Fact Discovery Cut-Off (no later than deadline for filing dispositive motions) | | 05/12/2023 | **27 weeks before FPTC** | (unchanged) |
| Expert Disclosure (Initial) | | 05/19/2023 | **26 weeks before FPTC** | (unchanged) |
| Expert Disclosure (Rebuttal) | | 06/02/2023 | **24 weeks before FPTC** | (unchanged) |
| Expert Discovery Cut-Off | | 06/16/2023 | **22 weeks before FPTC** | (unchanged) |
| Last Date to <u>Hear</u> Motions <br> • Rule 56 Motions are due at least 7 weeks before hearing; Rule 56 Opposition due at least 5 weeks before hearing; Rule 56 Reply due at least 4 weeks before hearing. <br> • Briefing deadlines for all other motions are pursuant to L.R. 6-1, 7-9, 7-10. | | 09/01/2023 | **11 weeks before FPTC** | 12/15/2023 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | | 09/22/2023 <br> ☐ 1. Magistrate Judge <br> ☒ 2. Court Mediation Panel <br> ☐ 3. Private Mediation | **8 weeks before FPTC** | 01/05/2024 <br> ☐ 1. Magistrate Judge <br> ☒ 2. Court Mediation Panel <br> ☐ 3. Private Mediation |

---

[1] Any date the parties propose, absent good cause, should be consistent with the Court's preferred timeline.

| Deadline to File Motions in Limine | 10/06/2023 | **6 weeks before FPTC** | 01/19/2024 |
|---|---|---|---|
| Deadline for Oppositions to Motions in Limine | 10/20/2023 | **4 weeks before FPTC** | 02/02/2024 |
| Trial Filings (first round)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 10/20/2023 | **4 weeks before FPTC** | 02/02/2024 |
| Trial Filings (second round)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 11/03/2023 | **2 weeks before FPTC** | 02/16/2024 |
| Hearing on Motions in Limine | 11/03/2023 | **1 week before FPTC** | 02/23/2024 |