1
2
3
4  **UNITED STATES DISTRICT COURT**
5
  **CENTRAL DISTRICT OF CALIFORNIA**
6

| | |
|---|---|
| 7  MARK DISALLE, an individual, | Case No. 2:22-cv-02152-SSS-PVCx |
| 8 | |
| 9              Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR EXPANSION OF WORD LIMIT FOR SUMMARY JUDGMENT BRIEFING** |
| 10     v. | |
| 11 ALBERTO LENSI, an individual; TRANS-AMERICAN FILMS INTERNATIONAL CORPORATION, a Delaware corporation, and DOES 1-10, | |
| 12 | Judge: Hon. Sunshine S. Sykes |
| 13 | |
| 14 | |
| 15              Defendants. | |
| 16 | |

17
18
19
20
21
22
23
24
25
26
27
28

The Court has reviewed and considered the Parties' Joint Stipulation for an order expanding the word limit for summary judgment briefing. The Court hereby **GRANTS** the Joint Stipulation and **ORDERS** as follows:

1. The Parties' memoranda of points and authorities in support of, and in opposition to, their cross-motions for summary judgment each may contain up to 10,000 words; and

2. The Parties' reply briefs in support of their cross-motions for summary judgment each may contain up to 6,000 words.

**IT IS SO ORDERED.**

Dated: October 25, 2023

_____
Hon. Sunshine S. Sykes
United States District Judge