# EXHIBIT A



From: **Marc Toberoff** <mtoberoff@toberoffandassociates.com>
Date: Wed, Oct 25, 2023 at 10:21 AM
Subject: DiSalle v Lensi
To: Michael Kernan <mkernan@kernanlaw.net>, Paul Katrinak <pkatrinak@kernanlaw.net>


Michael and Paul:

Judge Sykes' Civil Standing Order states:


### F.Summary Judgment Motions

No party may file more than one (1) motion pursuant to Federal Rule of Civil Procedure 56, regardless of whether such motion is denominated a motion for summary judgment or summary adjudication, without leave of the Court.  The parties shall not attempt to evade the page limitations for briefs by filing multiple motions. If a party believes this is one of the rare instances in which good cause exists for more than one motion for summary judgment or to increase page limits, the party shall seek leave by noticed motion setting forth a detailed showing of good cause. **Pursuant to Federal Rule of Civil Procedure 56(f), when appropriate, based on undisputed facts and controlling principles of law, the Court may *sua sponte* enter summary judgment in favor of the non-moving party.**

**The Court will not entertain cross-motions that seek to adjudicate the same legal issues.  If parties wish to cross-move for summary judgment, their counsel shall meet and confer to determine which party will move and which will oppose the one motion for summary judgment.**

Marc Toberoff
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101
toberoffandassociates.com

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.



From: **Michael Kernan** <mkernan@kernanlaw.net>
Date: Wed, Oct 25, 2023 at 12:19 PM
Subject: Solution
To: Marc Toberoff <mtoberoff@toberoffandassociates.com>


I want it to be be clear and this can be in your intro or a footnote:

The parties had planned to file cross-motions for summary judgment, but consistent with Judge Sykes Civil Standing Order VIII(f), this Motion is being filed by Plaintiff and the Defendant will file an Opposition which shall be deemed Defendant's motion for summary judgment.  Consistent with the part of the rule that states the parties may agree to a modified schedule, the schedule is modified accordingly.



From: **Marc Toberoff** <mtoberoff@toberoffandassociates.com>
Date: Wed, Oct 25, 2023 at 12:29 PM
Subject: Re: Solution
To: Michael Kernan <mkernan@kernanlaw.net>

Where I mention that the parties have meet and conferred per Local Rule I can the fn the following:

The parties had planned to file cross-motions for summary judgment, but consistent with Judge Sykes Civil Standing Order VIII(F), this Motion is being filed by Plaintiff and the Defendants will file an Opposition, opposing the Motion and seeking summary judgment in their favor.

Marc Toberoff
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Fax: 310.246.3101
toberoffandassociates.com

─────────

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

On Wed, Oct 25, 2023 at 12:19 PM Michael Kernan <mkernan@kernanlaw.net> wrote:

> I want it to be be clear and this can be in your intro or a footnote:
>
> The parties had planned to file cross-motions for summary judgment, but consistent with Judge Sykes Civil Standing Order VIII(f), this Motion is being filed by Plaintiff and the Defendant will file an Opposition which shall be deemed Defendant's motion for summary judgment.  Consistent with the part of the rule that states the parties may agree to a modified schedule, the schedule is modified accordingly.