# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DISALLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO LENSI, an individual; TRANS-AMERICAN FILMS INTERNATIONAL CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-02152-SSS-PVCx<br><br>**[PROPOSED] ORDER**<br><br>District Judge: Hon. Sunshine S. Skyes<br>Magistrate Judge: Hon. Pedro V. Castillo |

1. On September 14, 2022, the Court issued its civil trial order setting pretrial and trial dates. Dkt. 46.

2. On June 20, 2023, the Court issued an Amended Schedule of Pretrial and Trial Dates at the parties' request. Dkt. 73.

3. On December 12, 2023, the Court *sua sponte* issued an order continuing the date set for hearing Plaintiff's Motion for Summary Judgment and Defendant's Motion for Leave to File Sur-Reply from December 15, 2023 at 2:00 p.m. to January 5, 2024, at 2:00 p.m. Dkt. 86.

4. On December 14, 2023, the Parties filed a Joint Stipulation to extend this hearing date due to the unavailability of Plaintiff's lead counsel on January 5, 2024 and all pending pretrial and trial dates.

The Court, having considered the parties' Joint Stipulation and finding that good cause exists for the extensions stipulated to and requested therein, hereby orders the Amended Schedule of Pretrial and trial Dates filed with this Order.

All deadlines established by the prior Civil Trial Order [Dkt. 73] are hereby **VACATED.**

**IT IS SO ORDERED.**

Dated:

_____
SUNSHINE S. SYKES
United States District Judge

# DISTRICT JUDGE SUNSHINE SYKES
# AMENDED SCHEDULE OF PRETRIAL AND TRIAL DATES

| Case No.: 2:22-cv-02152-SSS-PVCx | Case Name: | *Mark DiSalle v. Alberto Lensi et al.* | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** <br> **Note:** Trial shall begin on Mondays at 9:00 a.m. Final Pretrial Conference shall be on Fridays at 1:00 p.m. | **Original Date** | **Time Computation**[1] | **Amended Date** | |
| Trial | 03/18/2024 <br> ☒ Jury Trial <br> ☐ Bench Trial <br> Estimated Duration: 4 Days | **Monday at 9:00 a.m.** | 06/03/2024 <br> ☒ Jury Trial <br> ☐ Bench Trial <br> Estimated Duration: 4 Days | |
| Final Pretrial Conference ("FPTC") [L.R. 16] | 03/01/2024 | **Friday at 1:00pm at least 17 days before trial** | 05/17/2024 | |
| **Event** <br> **Note:** All deadlines shall be on Fridays. Hearings shall be on Fridays at 2:00 p.m. | **Original Date** | **Time Computation** | **Amended Date** | |
| Last Date to <u>Hear</u> Motion to Amend Pleadings or Add Parties | 10/28/2022 | **6 weeks after Scheduling Conference** | (unchanged) | |
| Fact Discovery Cut-Off (no later than deadline for filing dispositive motions) | 05/12/2023 | **27 weeks before FPTC** | (unchanged) | |
| Expert Disclosure (Initial) | 05/19/2023 | **26 weeks before FPTC** | (unchanged) | |
| Expert Disclosure (Rebuttal) | 06/02/2023 | **24 weeks before FPTC** | (unchanged) | |
| Expert Discovery Cut-Off | 06/16/2023 | **22 weeks before FPTC** | (unchanged) | |
| Last Date to <u>Hear</u> Motions <br> • Rule 56 Motions are due at least 7 weeks before hearing; Rule 56 Opposition due at least 5 weeks before hearing; Rule 56 Reply due at least 4 weeks before hearing. <br> • Briefing deadlines for all other motions are pursuant to L.R. 6-1, 7-9, 7-10. | 01/05/2024 | **11 weeks before FPTC** | 01/12/2024 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 01/05/2024 <br> ☐ 1. Magistrate Judge <br> ☒ 2. Court Mediation Panel <br> ☐ 3. Private Mediation | **8 weeks before FPTC** | 03/22/2024 <br> ☐ 1. Magistrate Judge <br> ☒ 2. Court Mediation Panel <br> ☐ 3. Private Mediation | |

---

[1] Any date the parties propose, absent good cause, should be consistent with the Court's preferred timeline.

| | | | |
|---|---|---|---|
| Deadline to File Motions in Limine | 01/19/2024 | **6 weeks before FPTC** | 04/05/2024 |
| Deadline for Oppositions to Motions in Limine | 02/02/2024 | **4 weeks before FPTC** | 04/19/2024 |
| <u>Trial Filings</u> (first round)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 02/02/2024 | **4 weeks before FPTC** | 04/19/2024 |
| <u>Trial Filings</u> (second round)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 02/16/2024 | **2 weeks before FPTC** | 05/03/2024 |
| Hearing on Motions in Limine | 02/23/2024 | **1 week before FPTC** | 05/10/2024 |