1
2
3
4
5

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DISALLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO LENSI, an individual; TRANS-AMERICAN FILMS INTERNATIONAL CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-02152-SSS-PVCx<br><br>**ORDER**<br><br>District Judge: Hon. Sunshine S. Skyes<br>Magistrate Judge: Hon. Pedro V. Castillo |

The Court, having considered the Notice of Errata, and the Parties' previously filed Joint Stipulation, Dkt. 87, hereby orders that:

1. The Last Date to Hear Motions on the Amended Schedule of Trial and Pretrial Dates, Dkt. 88, is continued to February 2, 2024; and
2. The date set for hearing Plaintiff's Motion for Summary Judgment and Defendants' Motion for Leave to File Sur-Reply is continued to February 2, 2024, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: December 21, 2023

_____
SUNSHINE S. SYKES
United States District Judge