# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DISALLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO LENSI, an individual; TRANS-AMERICAN FILMS INTERNATIONAL CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 22-cv-02152-AH-PVCx<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(2)] [128] [JS-6]**<br><br>District Judge: Hon. Anne Hwang<br><br>Magistrate Judge: Hon. Pedro V. Castillo |

1    Before the Court is the Parties' stipulation to dismiss this action
2 without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and
3 41(a)(2). The Court, having considered the parties' stipulation and good cause
4 appearing, hereby **GRANTS** the stipulation and **ORDERS** as follows:

1. This action is dismissed in its entirety without prejudice; and
2. The Parties will bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: JUNE 27, 2025

_____
Hon. Anne Hwang
United States District Judge

- 2 -

ORDER